USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-17-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
BRYANT,

                    Plaintiff,

       -against-

INDYKE,                                  1:19-cv-10479 (ALC)

                    Defendants.           <u>ORDER</u>

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      On January 24, 2020, Defendant filed a letter motion requesting a pre-motion conference on an anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). On January 29, 2020, Plaintiff filed her response. Defendant's motion for a pre-motion conference is DENIED and the Court sets the following briefing schedule:

| | |
|---|---|
| Defendant's Motion to Dismiss: | April 14, 2020 |
| Plaintiff's Opposition: | May 12, 2020 |
| Defendant's Reply, if any: | May 26, 2020 |

**SO ORDERED.**

**Dated:** March 17, 2020

      New York, New York                          **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**