# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIETTE BRYANT,

                *Plaintiff*,

v.

DARREN K. INDYKE and RICHARD D. KAHN in their capacities as the executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,

                *Defendants*.

Case No. 1:19-cv-10479-ALC-DCF

## VERIFICATION

Darren K. Indyke and Richard D. Kahn, as Co-Executors of the estate of Jeffrey E. Epstein (the "Co-Executors"), have read the *Co-Executors' Objections and Responses to Plaintiff's First Set of Interrogatories*, dated April 16, 2020, and are familiar with its contents. The responses are subject to inadvertent and undiscovered errors and are based on information available at this stage of discovery. The Co-Executors reserve the right to amend the responses if it appears at any time that omissions or errors have been made therein or that more accurate or additional information is available. Subject to the limitations set forth herein and to the best of their knowledge and belief, Mr. Indyke and Mr. Kahn, solely in their capacities as Co-Executors, state that the answers contained therein are true and correct.

42211324v3

I state under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2020

_____
Darren K. Indyke
Co-Executor of the Estate of Jeffrey E. Epstein


I state under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2020

_____
Richard D. Kahn
Co-Executor of the Estate of Jeffrey E. Epstein

- 2 -

42211324v3